DISMISS: Opinion issued November 26, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01010-CV

## HEALTHSMART HOLDINGS, INC., Appellant

### V.

## REAGAN BRUCE, Appellee

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-11763**

# MEMORANDUM OPINION

Before Justices Richter, Lang-Miers, and Myers
Opinion By Justice Myers

Before the Court is the parties' agreed motion to dismiss this interlocutory appeal. The parties inform the Court that they have resolved the issues involved with this appeal by agreeing to submit the underlying litigation to arbitration. Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

LANA MYERS
JUSTICE

121010f.p05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HEALTHSMART HOLDINGS, INC., Appellant

No. 05-12-01010-CV      V.

REAGAN BRUCE, Appellee

Appeal from the 44th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 11-11763).
Opinion delivered by Justice Myers, Justices Richter and Lang-Miers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee, Reagan Bruce, recover his costs of the appeal from appellant, Healthsmart Holdings, Inc.

Judgment entered November 26, 2012.

_____
LANA MYERS
JUSTICE